IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | Robert Tucker  Debtor | ) Chapter 13 ) ) No. 19-16010-JKF ) |

## CERTIFICATION OF NO RESPONSE

I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

/s/David M. Offen
David M. Offen
Attorney for Debtor(s)

Date:1/7/20