| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 19-16010-AMC

ROBERT TUCKER
2015 68th Avenue
Philadelphia  PA    19138

Petition Filed Date: 09/25/2019
341 Hearing Date: 11/15/2019
Confirmation Date: 06/03/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/29/2019 | $545.00 | 25543886850 | 11/26/2019 | $545.00 | 6797520092 | 01/22/2020 | $545.00 | 6809923410 |
| 02/19/2020 | $545.00 | 6822919354 | 03/03/2020 | $545.00 | 6809923682 | 04/21/2020 | $545.00 | 26563927127 |
| 05/28/2020 | $170.00 | 26563946196 | 06/29/2020 | $170.00 | 26563958998 | 07/27/2020 | $170.00 | 6820807395 |

**Total Receipts for the Period: $3,780.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,780.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | ASHLEY FUNDING SVCS LLC<br>»» 001 | Unsecured Creditors | $1,040.00 | $0.00 | $1,040.00 |
| 2 | ASHLEY FUNDING SVCS LLC<br>»» 002 | Unsecured Creditors | $59.18 | $0.00 | $59.18 |
| 3 | PHILA MUNICIPAL COURT / TRAFFIC DIVISION<br>»» 003 | Unsecured Creditors | $1,242.00 | $0.00 | $1,242.00 |
| 4 | ASHLEY FUNDING SVCS LLC<br>»» 004 | Unsecured Creditors | $18.62 | $0.00 | $18.62 |
| 5 | ASHLEY FUNDING SVCS LLC<br>»» 005 | Unsecured Creditors | $11.50 | $0.00 | $11.50 |
| 6 | ASHLEY FUNDING SVCS LLC<br>»» 006 | Unsecured Creditors | $8.62 | $0.00 | $8.62 |
| 7 | WHY NOT LEAST IT<br>»» 007 | Unsecured Creditors | $670.18 | $0.00 | $670.18 |
| 8 | PA HOUSING FINANCE AGENCY<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | CITY OF PHILADELPHIA (LD)<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $4,250.00 | $3,284.40 | $965.60 |

**Chapter 13 Case No. 19-16010-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $3,780.00 | Current Monthly Payment: | $170.00 |
| Paid to Claims: | $3,284.40 | Arrearages: | $0.00 |
| Paid to Trustee: | $342.60 | Total Plan Base: | $8,200.00 |
| Funds on Hand: | $153.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.