| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
Chapter 13 Case No. 19-16010-AMC

ROBERT TUCKER
2015 68th Avenue
Philadelphia  PA   19138

Petition Filed Date: 09/25/2019
341 Hearing Date: 11/15/2019
Confirmation Date: 06/03/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2020 | $545.00 | 6809923410 | 02/19/2020 | $545.00 | 6822919354 | 03/03/2020 | $545.00 | 6809923682 |
| 04/21/2020 | $545.00 | 26563927127 | 05/28/2020 | $170.00 | 26563946196 | 06/29/2020 | $170.00 | 26563958998 |
| 07/27/2020 | $170.00 | 6820807395 | 09/09/2020 | $170.00 | 6809424858 | 09/28/2020 | $170.00 | 6809425003 |
| 10/27/2020 | $170.00 | 6823220460 | 12/01/2020 | $170.00 | 6809400045 | 01/05/2021 | $170.00 | 6820800110 |
| 02/02/2021 | $170.00 | 6809400283 | 03/08/2021 | $170.00 | 6809400390 | 04/12/2021 | $170.00 | 6809400573 |
| 04/28/2021 | $170.00 | 6822900152 | 06/01/2021 | $170.00 | 6809400746 | | | |

**Total Receipts for the Period: $4,390.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $5,480.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | ASHLEY FUNDING SVCS LLC »» 001 | Unsecured Creditors | $1,040.00 | $204.61 | $835.39 |
| 2 | ASHLEY FUNDING SVCS LLC »» 002 | Unsecured Creditors | $59.18 | $0.00 | $59.18 |
| 3 | PHILA MUNICIPAL COURT / TRAFFIC DIVISION »» 003 | Unsecured Creditors | $1,242.00 | $244.36 | $997.64 |
| 4 | ASHLEY FUNDING SVCS LLC »» 004 | Unsecured Creditors | $18.62 | $0.00 | $18.62 |
| 5 | ASHLEY FUNDING SVCS LLC »» 005 | Unsecured Creditors | $11.50 | $0.00 | $11.50 |
| 6 | ASHLEY FUNDING SVCS LLC »» 006 | Unsecured Creditors | $8.62 | $0.00 | $8.62 |
| 7 | WHY NOT LEASE IT »» 007 | Unsecured Creditors | $670.18 | $131.85 | $538.33 |
| 8 | PA HOUSING FINANCE AGENCY »» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | CITY OF PHILADELPHIA (LD) »» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $4,250.00 | $4,250.00 | $0.00 |

**Chapter 13 Case No. 19-16010-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,480.00 | Current Monthly Payment: | $170.00 |
| Paid to Claims: | $4,830.82 | Arrearages: | $0.00 |
| Paid to Trustee: | $476.90 | Total Plan Base: | $8,200.00 |
| Funds on Hand: | $172.28 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.