| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-16010-AMC

ROBERT TUCKER
2015 68th Avenue
Philadelphia  PA    19138

Petition Filed Date: 09/25/2019
341 Hearing Date: 11/15/2019
Confirmation Date: 06/03/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/12/2021 | $170.00 | 6809400573 | 04/28/2021 | $170.00 | 6822900152 | 06/01/2021 | $170.00 | 6809400746 |
| 07/07/2021 | $170.00 | 6809400903 | 08/04/2021 | $170.00 | 6818900838 | 09/01/2021 | $170.00 | 6809900128 |
| 11/01/2021 | $170.00 | 6815600536 | 11/23/2021 | $170.00 | 6823302009 | 12/09/2021 | $170.00 | 6809900389 |
| 01/11/2022 | $170.00 | 6809401547 | 03/07/2022 | $170.00 | 6809900687 | 03/07/2022 | $170.00 | 6809900685 |
| 04/04/2022 | $170.00 | 6809900769 | 04/29/2022 | $170.00 | 6815400748 | 06/07/2022 | $170.00 | 6809900953 |
| 07/06/2022 | $170.00 | 6809901039 | | | | | | |

**Total Receipts for the Period: $2,720.00    Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $7,690.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | ASHLEY FUNDING SVCS LLC »» 001 | Unsecured Creditors | $1,040.00 | $946.57 | $93.43 |
| 2 | ASHLEY FUNDING SVCS LLC »» 002 | Unsecured Creditors | $59.18 | $47.79 | $11.39 |
| 3 | PHILA MUNICIPAL COURT / TRAFFIC DIVISION »» 003 | Unsecured Creditors | $1,242.00 | $1,130.42 | $111.58 |
| 4 | ASHLEY FUNDING SVCS LLC »» 004 | Unsecured Creditors | $18.62 | $15.04 | $3.58 |
| 5 | ASHLEY FUNDING SVCS LLC »» 005 | Unsecured Creditors | $11.50 | $0.00 | $11.50 |
| 6 | ASHLEY FUNDING SVCS LLC »» 006 | Unsecured Creditors | $8.62 | $0.00 | $8.62 |
| 7 | WHY NOT LEASE IT »» 007 | Unsecured Creditors | $670.18 | $609.97 | $60.21 |
| 8 | PA HOUSING FINANCE AGENCY »» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | CITY OF PHILADELPHIA (LD) »» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $4,250.00 | $4,250.00 | $0.00 |

**Chapter 13 Case No. 19-16010-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,690.00 | Current Monthly Payment: | $170.00 |
| Paid to Claims: | $6,999.79 | Arrearages: | $170.00 |
| Paid to Trustee: | $663.90 | Total Plan Base: | $8,200.00 |
| Funds on Hand: | $26.31 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.